Order issued September 6, 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01266-CR

LASHUDRA ADAMS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F08-53315-V

# ORDER

The clerk's record in this case contains the grand jury's indictment. However, the record shows the trial court granted the State's motion to amend the indictment and physically amended the indictment by interlineation. The clerk's record does not contain the amended indictment and both parties have represented the amended indictment is not in the record. The report's record shows, and the parties agree on, the substance of the amended indictment. However, because the rules require the clerk's record to contain a copy of the indictment, pursuant to Texas Rule of Appellate Procedure 34.5(e), we **ORDER** the trial court to determine what constitutes an accurate copy of the amended indictment. We further **ORDER** the trial court, within twenty-one (21) days of the date of this order, to transmit a supplemental record consisting of a supplemental clerk's record containing its findings of fact, and if it determines the record can be supplemented with the amended

indictment, a supplemental clerk's record containing a copy of the amended indictment.

The appeal is **ABATED** to allow the trial court to comply with this order. It shall be reinstated twenty-one days from the date of this order or when the supplemental record is received, whichever is earlier.

MICHAEL J. O'NEILL
JUSTICE